CLOSED

# U.S. District Court
## District of South Carolina (Florence)
## CIVIL DOCKET FOR CASE #: 4:21−cv−01833−SAL

Grant et al v. State National Insurance Company Inc
Assigned to: Honorable Sherri A Lydon
Case in other court:  Horry County Court of Common Please,
                       2021−CP−26−02985
Cause: 28:1332 Diversity−Breach of Contract

Date Filed: 06/16/2021
Date Terminated: 02/18/2022
Jury Demand: Plaintiff
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**Kenneth Grant**                                    represented by   **Albert Glen Bilbrey , Jr.**
John Hughes Cooper PC
1476 Ben Sawyer Blvd
Suite 11
Mount Pleasant, SC 29464
843−883−9099
Email: agbilbrey@jhcooper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Hughes Cooper**
Cooper and Bilbrey PC
1476 Ben Sawyer Boulevard
Suite 11
Mt Pleasant, SC 29464
803−883−9099
Fax: 843−883−9335
Email: shiplaw@jhcooper.com
*ATTORNEY TO BE NOTICED*

**John Townsend Cooper**
Cooper and Bilbrey PC
1476 Ben Sawyer Boulevard
Suite 11
Mt Pleasant, SC 29464
843−883−9099
Fax: 843−883−9335
Email: jtc@jhcooper.com
*ATTORNEY TO BE NOTICED*

**Raymond Carl Fischer**
Duncan Crosby & Maring LLC
1001 Front Street
PO Box 736
Georgetown, SC 29442
843−546−1212
Fax: 843−545−0177
Email: rfischer@lawyer.com
*ATTORNEY TO BE NOTICED*

**William Stuart Duncan**

PO Box 736
Georgetown, SC 29442
843–546–1212
Fax: 843–545–0177
Email: wsdlaw1@aol.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dockside And Beyond LLC**                represented by   **Albert Glen Bilbrey , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Hughes Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Townsend Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raymond Carl Fischer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Stuart Duncan**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**State National Insurance Company Inc**   represented by   **Ryan Daniel Gilsenan**
Hines and Gilsenan LLC
1535 Hobby Street
Suite 203
North Charleston, SC 29405
843–847–8003
Email: gilsenan@hinesandgilsenan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Noble Smith**
Hines and Gilsenan LLC
1535 Hobby Street
Suite 203
North Charleston, SC 29405
203–536–2083
Email: smith@hinesandgilsenan.com
*ATTORNEY TO BE NOTICED*

**Julius H Hines**
Hines and Gilsenan LLC

1535 Hobby Street
Suite 203
North Charleston, SC 29405
843–343–7101
Fax: 843–350–0597
Email: hines@hinesandgilsenan.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/16/2021 | Ï 1 | NOTICE OF REMOVAL from Horry County Court of Common Pleas, case number 2021–CP–26–02985 (Filing fee $402 receipt number 0420–9910083), filed by State National Insurance Company Inc. (Attachments: # 1 Exhibit A – Summons & Complaint) (lgib, ) (Entered: 06/17/2021) |
| 06/16/2021 | Ï 3 | Local Rule 26.01 Answers to Interrogatories by State National Insurance Company Inc. (lgib, ) (Entered: 06/17/2021) |
| 06/23/2021 | Ï 4 | First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by State National Insurance Company Inc. Response to Motion due by 7/7/2021. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. (Attachments: # 1 Exhibit Marine Insurance Policy)No proposed order.(Gilsenan, Ryan) (Entered: 06/23/2021) |
| 06/30/2021 | Ï 5 | MOTION for Extension of Time to File Response/Reply as to 4 First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Dockside And Beyond LLC, Kenneth Grant. Response to Motion due by 7/14/2021. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. Proposed order is being emailed to chambers with copy to opposing counsel.(Bilbrey, Albert) (Entered: 06/30/2021) |
| 06/30/2021 | Ï 6 | **TEXT ORDER granting 5 Consent Motion for Extension of Time. Plaintiffs' deadline to respond to the pending Motion to Dismiss, or in the Alternative, to Transfer Venue is hereby extended to July 14, 2021. Defendant shall thereafter have fourteen (14) days from the filing of Plaintiffs response to submit a reply. Signed by the Honorable Sherri A Lydon on 6/30/2021. (lgib, )** (Entered: 06/30/2021) |
| 07/13/2021 | Ï 7 | MOTION to Remand to State Court by Dockside And Beyond LLC, Kenneth Grant. Response to Motion due by 7/27/2021. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. (Attachments: # 1 Affidavit Affid. S. Du Bois with Ex. A, # 2 Affidavit Affidavit of Service Ex. B)Proposed order is being emailed to chambers with copy to opposing counsel.(Cooper, John) (Entered: 07/13/2021) |
| 07/13/2021 | Ï 8 | RESPONSE in Opposition re 4 First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM Response filed by Dockside And Beyond LLC, Kenneth Grant.Reply to Response to Motion due by 7/20/2021 Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6. (Bilbrey, Albert) (Entered: 07/13/2021) |
| 07/16/2021 | Ï 9 | Consent MOTION for Extension of Time to File Response/Reply as to 8 Response in Opposition to Motion, 7 MOTION to Remand to State Court by State National Insurance Company Inc. Response to Motion due by 7/30/2021. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. No proposed order.(Gilsenan, Ryan) (Entered: 07/16/2021) |
| 07/16/2021 | Ï 10 | **TEXT ORDER granting 9 Consent Motion to Extend Response Deadline and Stay Reply Deadline. For good cause shown and with the consent of Plaintiffs, Defendants deadline to respond to Plaintiffs Motion to Remand is hereby extend to August 6, 2021. Defendants deadline to file a Reply in support of the Motion to Dismiss or Transfer Venue is stayed** |

| | | |
|---|---|---|
| | | **pending a ruling on the Motion to Remand. If the Motion to Remand is denied, Defendant will have seven days after issuance of the Order to file the Reply. Signed by the Honorable Sherri A Lydon on 7/16/2021.(lgib, )** (Entered: 07/16/2021) |
| 08/05/2021 | 11 | RESPONSE in Opposition re 7 MOTION to Remand to State Court Response filed by State National Insurance Company Inc.Reply to Response to Motion due by 8/12/2021 Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6. (Attachments: # 1 Affidavit Declaration of David M. Cleff)(Hines, Julius) (Entered: 08/05/2021) |
| 08/11/2021 | 12 | Consent MOTION to Withdraw 7 MOTION to Remand to State Court *and for Extension of Time* by Dockside And Beyond LLC, Kenneth Grant. Response to Motion due by 8/25/2021. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. No proposed order.(Cooper, John) (Entered: 08/11/2021) |
| 08/11/2021 | 13 | **TEXT ORDER granting 12 Consent Motion to Withdraw Motion to Remand and Extend Reply Deadline. For the reasons set forth in the Motion and for good cause shown, leave is given to Plaintiffs to withdraw the Motion to Remand, ECF No. 7 , and the Motion is hereby deemed withdrawn. Additionally, Defendant has until August 25, 2021 to submit a reply in support of its pending motion to dismiss, ECF No. 4 . Signed by the Honorable Sherri A Lydon on 8/11/2021. (lgib, )** (Entered: 08/11/2021) |
| 08/25/2021 | 16 | REPLY to Response to Motion re 4 First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM Response filed by State National Insurance Company Inc. (Hines, Julius) (Entered: 08/25/2021) |
| 02/18/2022 | 18 | **ORDER: Defendant's Motion, ECF No. 4 , is GRANTED in part and DENIED in part. The court declines to dismiss the complaint, but the case is hereby TRANSFERRED to the United States District Court for the Southern District of New York. Signed by the Honorable Sherri A Lydon on 2/18/2022. (lgib, )** (Entered: 02/18/2022) |